

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00066-CV

| | | |
|---|---|---|
| Aida Haji, Individually and as Representative of the Estate of Behnam William Arabu, Deceased, and as Next Friend of Alexander Behnam William, a Minor | § § | From the 48th District Court of Tarrant County (048-264074-13) |
| v. | § | March 27, 2014 |
| Valentine Enterprises, Inc.; Valentine Delivery Services, LLC; and Darrell Valentine | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Aida Haji, Individually and as Representative of the Estate of Behnam William Arabu, Deceased, and as Next Friend of Alexander Behnam William, a Minor shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

/s/ Lee Gabriel

By _____

Justice Lee Gabriel